IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GRADY TAYLOR, JR,                                    *

               Plaintiff,                       *

v.                                                                          Case No.  5:25-cv-00226-MTT-ALS

                                        *

SHERIFF JOEL COCHRAN et al.,

                                        *

               Defendants.                    *

_____     *

## J U D G M E N T

     Pursuant to this Court's Order dated November 6, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

     This 7th day of November, 2025.

                                      David W. Bunt, Clerk

                                      s/ Erin Pettigrew, Deputy Clerk