# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| GRADY TAYLOR, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 5:25-cv-226-MTT-ALS |
| | : |
| Sheriff JOEL COCHRAN, *and* | : |
| Capt. AMY WATSON, | : |
| | : |
| Defendants. | : |

## ORDER

Before the Court are Plaintiff's motion to amend his complaint and a request for the appointment of counsel. (Docs. 28, 29). The Court entered judgment in this action on November 7, 2025. (Doc. 27). Plaintiff's motions give no grounds for relief from judgment, and hence neither will be construed under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's motion to amend his complaint (Doc. 28) and motion for the appointment of an attorney (Doc. 29) are **DENIED**.

**SO ORDERED**, this 2nd day of December, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE